**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
MAR 25 2002
Judge Robert W. Gettleman
United States District Court

THE UNITED STATES OF AMERICA, )
Plaintiff, ) NO. 00 CR 0213 -3
v. ) Honorable Judge Robert W. Gettleman
MICHAEL SIMMONS, DIMARKCO CHANDLER and JOSEPH JACKSON, )
Defendants. )

DOCKETED
MAR 27 2002

**NOTICE OF MOTION**

TO: Mr. George Jackson, Assistant U.S. Attorney, 219 South Dearborn Street, Room 400, Chicago, Illinois 60604

PLEASE TAKE NOTICE that on ***March 28, 2002, at 9:15 a.m.*** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert W. Gettlemen in Room 1704 at 219 South Dearborn Street, Chicago, Illinois, and present **MOTION OF DEFENDANT, JACKSON, TO EXTEND SURRENDER DATE AND FOR LEAVE TO TRAVEL OUTSIDE THE JURISDICTION**, a copy of which is attached hereto and served upon you.

GEORGE PAPPAS
Attorney for Joseph Jackson
221 N. LaSalle, Suite 2100
Chicago, Illinois 60601
312/236-2100

**PROOF OF SERVICE**

Maria L. Beltrame, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice and attached Motion on the above-named attorney at the above-listed address by facsimile transmission this 25th day of March, 2002.

Maria L. Beltrame

SUBSCRIBED AND SWORN to before me this 25th day of March, 2002.

NOTARY PUBLIC

"OFFICIAL SEAL"
CHRISTINE M. STINNETT
Notary Public, State of Illinois
My Commission Expires 10/23/2005

73

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 00 CR 0213 |
| | ) | |
| v. | ) | Honorable Judge Robert W. Gettleman |
| | ) | |
| MICHAEL SIMMONS, DIMARKCO CHANDLER and JOSEPH JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

DOCKETED
MAR 2 7 2002

**MOTION OF DEFENDANT, JACKSON, TO EXTEND SURRENDER DATE AND FOR LEAVE TO TRAVEL OUTSIDE THE JURISDICTION**

JOSEPH JACKSON, by his attorney, GEORGE PAPPAS, respectfully moves this Honorable Court to extend his surrender date and that he be allowed to travel outside the jurisdiction. In support hereof, defendant states:

1. Defendant is scheduled to surrender on May 27, 2002, to begin serving a 41 month sentence at the Federal Prison Camp in Rochester, Minnesota. Defendant requests this date be extended to June 3, 2002, so he may attend his son's graduation from Rich Central High School on May 29, 2002.

2. Defendant also requests he be granted permission to travel to Houston, Texas, from April 13, 2002, to April 21, 2002, so he may visit with his son, Corby, who is living with defendant's ex-wife at 15100 Ella Boulevard, Houston, Texas.

73

3. Assistant United States Attorney George Jackson, who prosecuted defendant, was contacted by the attorney for defendant, and Mr. Jackson indicated he has no objection to defendant's requests.

4. Defendant respectfully requests he be allowed to take the trip to Houston to visit his son and that his surrender date be extended from May 27, 2002, to June 3, 2002, so he may attend his other son's high school graduation.

Respectfully submitted,

GEORGE PAPPAS
Attorney for JOE JACKSON

**GEORGE PAPPAS**
Attorney at Law
221 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
312/236-2100